UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
DIANA LAVERNE TROTTER                        CASE NO. 20-10643
3207 PLEASANT GARDEN RD APT 1G               JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27406

          DEBTOR

SSN(1) XXX-XX-3336                           DATE: 03/16/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,649.49<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 8999<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,529.96<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 9019<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $506.89<br>INT: .00%<br>NAME ID: 180320<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 6467<br>COMMENT: |
| FREEDOM MORTGAGE CORP<br>% CT CORPORATION SYSTEMS<br>160 MINE LAKE CT<br>RALEIGH, NC  27615 | $0.00<br>INT: .00%<br>NAME ID: 182922<br>CLAIM #: 0007 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: 221OR RE REL NO DEF |
| GUILFORD COUNTY TAX DEPT<br>ATTN BANKRUPTCY<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 170851<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $2,909.81<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 3336<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $14.53<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 3336<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $4,785.66<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 5040<br>COMMENT: 221TFCL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $610.45<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 3971<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $2,048.31<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 4826<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $593.53<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 4000<br>COMMENT: |
| LOCAL GOVERNMENT FED CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $12,782.45<br>INT: 5.25%<br>NAME ID: 127776<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 9201<br>COMMENT: 15ACUR |
| LOCAL GOVERNMENT FED CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $3,439.99<br>INT: .00%<br>NAME ID: 127776<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 9255<br>COMMENT: |
| LOCAL GOVERNMENT FED CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $1,433.61<br>INT: .00%<br>NAME ID: 127776<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 5744<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,503.07<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 4329<br>COMMENT: |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $2,334.70<br>INT: .00%<br>NAME ID: 149311<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 2855<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3336<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $14,223.92<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 3481<br>COMMENT: |
| PROPONENT FEDERAL CREDIT UNION<br>ATTN MANAGING AGENT<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $16,916.62<br>INT: 5.25%<br>NAME ID: 52558<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 0202<br>COMMENT: 17GMC |
| PROPONENT FEDERAL CREDIT UNION<br>ATTN MANAGING AGENT<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $3,211.10<br>INT: .00%<br>NAME ID: 52558<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 0201<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10643

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PROPONENT FEDERAL CREDIT UNION<br>536 WASHINGTON AVE<br>NUTLEY, NJ  07110 | $0.00<br>INT:  .00%<br>NAME ID:  25578<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPRINT<br>P O BOX 629023<br>EL DORADO HILLS, CA  95762 | $0.00<br>INT:  .00%<br>NAME ID:  162168<br>CLAIM #:  0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| THE GARDENS AT ANTHONY HOUSE<br>3223 PLEASANT GARDEN RD<br>GREENSBORO, NC  27406 | $0.00<br>INT:  .00%<br>NAME ID:  182907<br>CLAIM #:  0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$70,494.09** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/16/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice